# United States Court of Appeals

## For the Eighth Circuit

_____

No. 21-2048

_____

Sharon Monica Roberts

*Petitioner*

v.

Merrick B. Garland, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: December 15, 2021
Filed: December 20, 2021
[Unpublished]

_____

Before BENTON, KELLY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Jamaican citizen Sharon Monica Roberts petitions for review of an order of the Board of Immigration Appeals (BIA). Having jurisdiction under 8 U.S.C. § 1252, this court denies the petition.

The BIA denied Roberts's motion to reopen and remand sua sponte and dismissed her appeal from the decision of an immigration judge, which denied her

asylum, withholding of removal, and relief under the Convention Against Torture. This court finds no basis for reversal.

The petition is denied.  *See* 8th Cir. R. 47B.

_____